# United States Court of Appeals

## For the First Circuit

No. 15-2068

LIBERTARIAN PARTY OF NEW HAMPSHIRE,

Plaintiff, Appellant,

v.

WILLIAM M. GARDNER, New Hampshire Secretary of State, in his
official capacity,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on December 2, 2016, is
amended as follows:

On page 19, the sentence reading "The start date, in turn,
does not apply to fundraising activities, hence LPNH can raise the
funds to pay professional signature gatherers any time it wants."
is replaced with "The start date, in turn, does not apply to
fundraising activities; hence, LPNH can raise the funds to pay
professional signature gatherers any time it wants."